IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | 1:25-CR-257-ADA |
| | § | |
| **JAMES CHRISTOPHER HOYT** | § | |

NOTICE OF APPEARANCE

COMES NOW, Jeff Senter of Austin and Dallas, Texas, who makes and files this his

Notice of Appearance as co-counsel in the above captioned and numbered cause. Said same appearance

is to assist and aide representation for the above identified gentleman.

WHEREFORE PREMISES CONSIDERED defendant prays the Court grant this Notice.

    Respectfully,

    /JS/ Jeff Senter
    Jeff Senter, P.C.
    State Bar No. 18028400
    505 W. 12th Street, Ste. M-200
    Austin, Texas 78701
    Telephone (512) 482-8112
    Telefacsimile (512) 482-0076
    Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the United States, via electronic filing on May 5, 2025

____/JS/_____

Jeff Senter

Attorney for Defendant