UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 1:25-CR-257-ADA |
| § | |
| JAMES CHRISTOPHER HOYT, § | |
| Defendant. § | |

### GOVERNMENT'S NOTICE OF APPEARANCE OF FORFEITURE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America gives notice that Assistant United States Attorney Mark Tindall is assigned to represent the United States in the above-captioned case on all matters involving forfeiture proceedings. Therefore, it is requested that Assistant United States Attorney Mark Tindall be added to the docket in the instant cause.

Respectfully submitted,

MARGARET F. LEACHMAN
Acting United States Attorney

By:   *Mark Tindall*
MARK TINDALL
Assistant United States Attorney
Texas State Bar #24071364
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Tel: (512) 916-5858
Fax: (512) 916-5854

Email: mark.tindall@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2025, a true and correct copy of the foregoing instrument was filed with the Clerk of Court using the CM/ECF system, which will transmit notification of such filing to the following CM/ECF participant:

David Michael Thomas
Email: david@dwiman.com
Phone: 512-599-9000

Jeff Senter
Email: jeff@jeffsenterpc.com
Phone: 512-482-8112

Attorneys for *Defendant James Christopher Hoyt*

*Mark Tindall*
MARK TINDALL
Assistant United States Attorney