UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | AU:25-CR-00257(1)-ADA |
| § | |
| (1) JAMES CHRISTOPHER HOYT § | |

## ORDER CANCELLING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **SENTENCING on Wednesday, September 24, 2025 at 10:00 AM is hereby CANCELLED until further order of the court**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is cancelled.

IT IS SO ORDERED this 2nd day of June, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE