## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:25-CR-00257(1)-ADA |
| | § | |
| (1) JAMES CHRISTOPHER HOYT | § | |

### <u>ORDER</u>

Before the Court is the Defendant's Unopposed Motion for Continuance (Clerk's Doc. No. 24).  The Defendant was set for Rearraignment on June 24, 2025 and jury selection and trial on July 14, 2025. Defendant's counsel has requested that the hearings be reset.  The Government does not oppose the continuance.   The Court finds good cause for this extension. ACCORDINGLY,  the Rearraignment  in this case is reset to September 16, 2025 at 2:00 pm before the Honorable Dustin Howell.  Jury selection and trial is reset to October 6, 2025 at 9:00 am.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant the additional time in which to prepare outweigh the best interest of the public and the Defendant in a speedy trial, in that the failure to grant such a continuance would unreasonably deny the Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7).  Thus, the Court ORDERS that the time from July 14, 2025 to October 6, 2025, be excluded under the Speedy Trial Act.

SIGNED this 18th day of June, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE