## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00257(1)-ADA |
| | § | |
| (1) JAMES CHRISTOPHER HOYT | § | |

### **ORDER**

Before the Court is the Defendant's Unopposed Motion for Continuance (Clerk's Doc. No. 27). The Defendant was set for Rearraignment on September 16, 2025 and jury selection and trial on October 6, 2025. Defendant's counsel has requested that the hearings be reset. The Government does not oppose the continuance. The Court finds good cause for this extension. ACCORDINGLY, the Rearraignment in this case is reset to January 27, 2026 at 2:00 pm before the Honorable Susan Hightower. Jury selection and trial is reset to February 17, 2026 at 9:00 am.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant the additional time in which to prepare outweigh the best interest of the public and the Defendant in a speedy trial, in that the failure to grant such a continuance would unreasonably deny the Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7). Thus, the Court ORDERS that the time from October 6, 2025 to December 15, 2025 and December 15, 2025 to February 27, 2026, be excluded under the Speedy Trial Act.

SIGNED this 28th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE