# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: AU:25-CR-00257(1)-ADA |
| (1) James Christopher Hoyt | § § | |

## ORDER SETTING MOTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for a hearing on SEALED Motion (dkt #30) Wednesday, October 01, 2025 at 09:30 AM, in Courtroom No. 8 on the 7th Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **17th day of September, 2025.**

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE