# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:   AU:25-CR-00257(1)-ADA |
| | § | |
| (1) James Christopher Hoyt | § | |

**WITNESS LIST for MOTION HEARING held on October 1, 2025**

| BY USA | BY (1) James Christopher Hoyt |
|---|---|
| 1.  Raymond Bayane - USMS | 1.  Dr. Kimberly Harrison |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |