UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § <br> **Plaintiff** § <br> § <br> **v.** § <br> **JAMES CHRISTOPHER HOYT** § <br> **Defendant** § | **1:25-cr-00257** |

## MOTION TO EXPEDITE PLEA AND SENTENCING

Defendant James Christopher Hoyt, by and through undersigned counsel, respectfully moves the Court to (1) advance his rearraignment to the earliest available setting and (2) expedite sentencing. In support, Mr. Hoyt states as follows:

**I.**

Mr. Hoyt seeks an order (i) advancing rearraignment from January 27, 2026, to the Court's earliest available date; and (ii) expediting sentencing.

**II.**

On August 28, 2025, the Court reset jury selection/trial to February 17, 2026, before the Hon. Alan D. Albright, and reset rearraignment to January 27, 2026, before the Hon. Susan Hightower. Mr. Hoyt now wishes to enter a guilty plea forthwith and proceed to prompt sentencing.

**III.**

Advancing the plea and expediting sentencing serves the interests of justice and judicial economy. Mr. Hoyt seeks to accept responsibility without further delay; an accelerated resolution conserves court, probation, and party resources.

For good cause under Fed. R. Crim. P. 32(b)(2), Defendant requests the following modified schedule tied to the plea date: (1) initial PSR disclosure within 25 days; (2) objections due within 7 days of disclosure; (3) final PSR/addendum within 7 days thereafter; and (4) sentencing on Day 45. Pursuant to Rule 32(e)(2), Defendant knowingly and voluntarily waives the requirement that the PSR be disclosed at least 35 days before sentencing and consents to the shortened interval.

**IV.**

Undersigned counsel conferred with AUSA Austin Berry on Wednesday, October 22, 2025. The Government does not oppose this motion. Undersigned counsel conferred with U.S. Probation on Thursday, October 23, 2025. U.S. Probation indicated feasibility of the expedited schedule outlined above.

**V.**

For the foregoing reasons, Mr. Hoyt respectfully requests that the Court grant this motion, advance rearraignment to the earliest available setting, and set an expedited PSR/sentencing schedule, and grant such other relief to which he may be entitled.

Dated: Friday October 24, 2025

Respectfully submitted,

/s/ David M. Thomas

David M. Thomas, J.D.
Attorney for James Christopher Hoyt
816 Congress Avenue Suite 950
Austin, Texas, 78701
Telephone: 512-599-9000
Fax: 512-236-5459
Email: David@DWIman.com

/s/ Jeff Senter
Jeff Senter, J.D.
Attorney for James Christopher Hoyt
501 Congress Suite 150
Austin, Texas, 78701
Telephone: 512-482-8112
Fax: 512-482-0076
Email: Jeff@JeffSetnerPC.com

## **CERTIFICATE OF CONFERENCE**

I certify that on Wednesday, October 22, 2025, I conferred with AUSA Austin Berry regarding this motion. The Government does not oppose the requested relief.

I certify that on Thursday, October 23, 2025, I conferred with U.S. Probation, Cinnamon Ornelas, regarding this motion. U.S. Probation does not oppose the requested relief.


/s/ David M. Thomas

David M. Thomas, J.D.
Attorney for James Christopher Hoyt
816 Congress Avenue Suite 950
Austin, Texas, 78701
Telephone: 512-599-9000
Fax: 512-236-5459
Email: David@DWIman.com


/s/ Jeff Senter
Jeff Senter, J.D.
Attorney for James Christopher Hoyt
501 Congress Suite 150
Austin, Texas, 78701
Telephone: 512-482-8112
Fax: 512-482-0076
Email: Jeff@JeffSetnerPC.com

## **CERTIFICATE OF SERVICE**

I certify that on Friday October 24, 2025, a true and correct copy of the foregoing was filed via CM/ECF and served on all counsel of record.

Emailed to: Berry, Austin (CRM) austin.berry2@usdoj.gov

/s/ David M. Thomas

David M. Thomas, J.D.
Attorney for James Christopher Hoyt
816 Congress Avenue Suite 950
Austin, Texas, 78701
Telephone: 512-599-9000
Fax: 512-236-5459
Email: David@DWIman.com

/s/ Jeff Senter

Jeff Senter, J.D.
Attorney for James Christopher Hoyt
501 Congress Suite 150
Austin, Texas, 78701
Telephone: 512-482-8112
Fax: 512-482-0076
Email: Jeff@JeffSetnerPC.com