UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: AU:25-CR-00257(1)-ADA |
| | § | |
| (1) JAMES CHRISTOPHER HOYT | § | |

**ORDER**

Before the Court is the Defendant's Unopposed Motion for Expedited Plea/Rearraignment (Clerk's Doc. No. 37). The Defendant was set for Rearraignment on January 27, 2026 and jury selection and trial on February 17, 2026. Defendant's counsel has requested that the hearings be expedited. The Government does not oppose the resetting. The Court finds good cause for this resetting. ACCORDINGLY, the Rearraignment in this case is reset to October 30, 2025 at 10:00 am before the Honorable Dustin M. Howell. Jury selection and trial is will remain set on February 17, 2026 at 9:00 am until further notice from the Court.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant the expedited time in which to prepare outweigh the best interest of the public and the Defendant in a speedy trial, in that the failure to grant such a resetting would unreasonably deny the Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7).

SIGNED this 28th day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE