UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CRIMINAL NO. 1:25-CR-257-ADA |
| § | |
| JAMES CHRISTOPHER HOYT, § | |
| § | |
| Defendant. § | |

## UNITED STATES OF AMERICA'S
## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTIES

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files this Bill of Particulars for Forfeiture of Property.

The Indictment (Doc. 14) returned on May 6, 2025, gave notice that the United States seeks the criminal forfeiture of property from the Defendant JAMES CHRISTOPHER HOYT in the instant case pursuant to Title 18 U.S.C. § U.S.C. 2253(a), (2) and (3), Title 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2)(A), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), for violation of Title 18 U.S.C. §§ 2252A(a)(2), (a)(4)(B), (b)(1), and (b)(2). Specifically, this Bill of Particulars seeks the criminal forfeiture of the following property as follows:

### NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Sexual Exploitation of Children Violations and Forfeiture Statutes
[Title 18 U.S.C. §§ 2252A(a)(2), (a)(4)(B), (b)(1) and (2), subject to forfeiture pursuant to Title 18 U.S.C. § U.S.C. 2253(a)(1), (2), and (3), Title 18 U.S.C. §§ 981(a)(1)(C) 982(a)(2)(A), as made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the criminal violation set forth in Counts One and Two of the Indictment, the United States gives notice to the Defendant of its intent to seek the forfeiture of the property listed

below upon conviction pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 2253(a)(1), (2), and (3) and Title 18 U.S.C. § 981(a)(1)(C) as made applicable to criminal forfeiture by Title 26 U.S.C. § 2461(c), which states, which state:

> **Title 18 U.S.C. § 2253. Criminal forfeiture**
> \* \* \*
> **(a) Property subject to criminal forfeiture.**-A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter or who is convicted of an offense under section 2251B of this chapter, or who is convicted of an offense under chapter 109A, shall forfeit to the United States such person's interest in-
>
> **(1)** any visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;
> **(2)** any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
> **(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.
>
> **Title 18 U.S.C. § 981.   Civil Forfeiture**
> **(a)(1)** The following property is subject to forfeiture to the United States:
> \* \* \*
> **(C)** Any property, real or personal, which constitutes or is derived from proceeds traceable to . . . any offense constituting "specified unlawful activity" (as defined in section 1961(1)(B) of this title), or a conspiracy to commit such offense.
>
> Title **18 U.S.C. § 1961.**
> **(1)(B)**  Any act which is indictable under any of the following provisions of Title 18, United States Code: Section…2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children).

This Notice of Demand for Forfeiture includes but is not limited to the property described in Paragraph II.

## II.
## Property

**Real Property:**

Real Property located and situated at 803 East Oxford Drive, Pflugerville, Travis County, Texas 78660, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and more fully described as follows:

Lot 10, Block E, CAMBRIDGE ESTATES SECTION ONE, according to the map or plat thereof, recorded in Volume 100, Page 77, Plat Records, Travis County, Texas.

**Personal Property:**

1. Lexas USB thumb drive "silver Samsung"
2. Mac Studio, model A2615, SN: J3M9YNVJKV;
3. USB thumb drive – Anatel Brand, SN: 036723114498;
4. ASUS laptop, SN: Man0CV22661643C;
5. Purple & white thumb drive Samsung 5000 Team Group M.2 SSD, SN: 1F210122014;
6. QNAP, SN: Q205104636;
7. QNAP 12 bay NAS, SN: Q228107337X;
8. Samsung phone, IMEI: 35S134283844130;
9. Solid State Drive 4TB 23031673-060031l;
10. PNY USB thumb drive – "parted magic" 16GB;
11. USB thumb drive FMSLA05489;
12. 5000 series Ryzen USB thumb drive;
13. SSK external storage model SHE-C325 Pro;
14. Amazon Kindle, model 581N40;
15. Black iPhone;
16. Black ROC laptop;
17. Blue Dell laptop, SN: JVVY662;
18. IBM hard drive, SN: Z1Y0W9M8;
19. Purple thumb drive extreme pro 2.0 16GB;
20. Dell Inspiron Duo, SN: DV405Q1;
21. Dell Studio laptop, SN: 2KS17H1;
22. Black Crucial X8 4TB portable SSD, SN: 2250E6F03D88;
23. Suprim Geforce RTX computer;
24. Black PNY 16GB USB drive labeled "DAD";
25. Black/red USB drive;
26. Black Vankyo tablet, model Z4 Pro;
27. Google phone – white;
28. 64GB black USB thumb drive;
29. ADRUS SSD 2TB, SN: 20140895027;
30. Amazon Kindle Fire AR043KL;
31. Huion tablet with cable, SN: B4DB2SH01038;

32. Silver Samsung folding phone, IMEI: 352285144298743;
33. Black Seagate Back up Plus, model SRD0AF1, SN: NA959PHF;
34. WD PIN WD2500BB-00WA0 250GB
35. Hitachi desk star 123.5GB, SN: C3C7V1HK;
36. WD 320GB, SN: WMAV28232904;
37. Toshiba 3TB, SN: WMAV28232904;
38. Enterprise 3TB, SN: WL3000GSA647ZE;
39. 2GB micro SD and adaptor Samsung;
40. MacBook Pro, model A1502, SN: C17N465363QJ;
41. CPD minicomputer, model G1621-02;
42. Biwin 1TB SSD, SN: 23110949 02 146;
43. Gray Google Pixel 7 Pro in box;
44. Silver Apple MacBook Pro, model A2780, SN: DF366XMJ4H;
45. Hax mini e-reader with memory card;
46. Small book containing passwords;
47. Google Pixel fold phone, IMEI: 35032446233968;
48. Micro Center 4GB USB drive Gigastore professional 633x 64GB micro SD;
49. MacBook Pro with purple keys, model A1534, FCC ID: BCGA1534;
50. Blue Android cellphone, IMEI: 990018932095700;
51. Black & green USB thumb drive "16";
52. Any and all other property and/or accessories involved in or used in the commission of the criminal offense; and
53. Any and all other property involving any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By:         /s/        
MARK TINDALL
Assistant United States Attorney
Texas Bar #24071364
903 San Jacinto Blvd., Suite 334
Austin, Texas   78701
Tel: (512) 916-5858
Email: mark.tindall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2025, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

David Michael Thomas
Email: david@dwiman.com
&
Jeff Senter
Email: jeff@jeffsenterpc.com
Attorneys for *Defendant James Christopher Hoyt*

                                                      /s/
                                       MARK TINDALL
                                       Assistant United States Attorney