UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: AU:25-CR-00257(1)-ADA ML |
| (1) James Christopher Hoyt | § | |

### ORDER RESETTING REARRAIGNMENT AND PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 10:00 AM, in Courtroom 8, on the Seventh Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on November 06, 2025.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 29th day of October, 2025

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE