**FILED**

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

NOV 06 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | Case Number: AU:25-CR-00257(1)-ADA |
| (1) James Christopher Hoyt<br>*Defendant* | § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## AND FED. R. CRIM. P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, (1) James Christopher Hoyt, the defendant in the above-numbered and styled cause, with the advice and consent of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this November 06, 2025.

_____
(1) James Christopher Hoyt
*Defendant*

_____
David Michael Thomas
*Attorney for Defendant*

_____
Austin M. Berry
*Assistant U.S. Attorney*