FILED

NOV 0 6 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

(SEALED)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | CRIMINAL NO. 1:25-CR-00257 |
| | § | |
| JAMES CHRISTOPHER HOYT, | § | |
| | § | |
| Defendant. | § | |

## FACTUAL BASIS

Defendant agrees that the government's evidence at trial would have established the following facts, which are true and correct, proving beyond a reasonable doubt each of the elements of the crime(s) charged:

1. In June of 2022, a Foreign Law Enforcement Agency (FLA) provided information to the FBI regarding an individual, ultimately identified as Defendant James Christopher Hoyt, who had been active on multiple sites on the Tor (a.k.a. the dark web) that were exclusively focused on sharing child pornography.

2. The FLA identified TARGET WEBSITE 1 by name and identified HOYT by his particular online alias as a member of TARGET WEBSITE 1. The FLA was able to identify a true IP associated with HOYT on TARGET WEBSITE 1. The FLA also discovered public and private communications by HOYT from TARGET WEBSITE 1 where HOYT gave individuals his unique Instant Messaging Service (IMS) address. The FLA, through investigation and techniques used pursuant to its own national laws, determined that HOYT was likely associated with a device using a specific IP address on June 3, 2022 at 07:08:38 UTC.

3. In July 2022, an FBI Online Covert Employee (hereinafter referred to as "OCE-1") gained access to TARGET WEBSITE 1 and identified the profile of the particular online alias of HOYT. HOYT's profile indicated that he had become a member on December 8, 2021, and also included his file password for users who download and decrypt encrypted copies of his sexually explicit material. In November of 2022, an OCE again checked his profile and HOYT had his "AoA" (Age of Attraction) listed as "10-15" and HOYT had earned a badge on his profile for 100 or more posts. HOYT's profile picture was a graphic animated image of what is believed to be a Japanese public service cartoon figure.

4. From January 2022 to September 2022, HOYT created numerous topics and posts where he ultimately shared well over 50 different images and videos, nearly all containing nudity and featuring what appeared to be both young adults and/or post-pubescent males. On or about February 4, 2022, HOYT created a thread about young boys in animal costumes. In a post titled "Furry Boys (animal costumes) nude & non-nude," HOYT stated, "Here is one I discovered on my hard drive just hanging out… he's so cute!" This post included five images of children between the ages of two and ten nude, exposing their genitals and some in sexual acts.

5. For example, the first image posted by HOYT depicts a minor male, estimated to be approximately between three and five years of age, based on a complete lack of pubic development and pubic hair, as well as that the child is clearly of a small stature and underdeveloped physically. The child is wearing a tiger mask on his face and nothing else. Another image was of a child between the ages of approximately eight and ten, wearing cat ears, a cat collar, gloves and nothing else. The child appears to be this age range due to a complete lack of pubic development, pubic hair, as well as being underdeveloped physically and youthful facial features. The child is posed lying on his side, with his face turned to the camera, and he holds his exposed genitals, which are in the focal point of the frame.

6. In another instance on the same thread, HOYT posted an image of what appears to be the same child between the ages of eight and ten with the cat ears, lying naked with a female child who also appears to be between eight and ten years old. Given the nature of the images, and the children's demeanor in the images, these images are clearly sexual and provocative in nature. The children appear to be this age range due to a complete lack of pubic hair, pubic development, as well as being underdeveloped physically and youthful facial features. The two children are kissing, and the male child is touching his penis. The last image is of a young male, who appears to be approximately ten years old and pre-pubescent based on his lack of pubic hair and his general youthful appearance, exposing his genitals which are the focal point of the image. The male minor is wearing cat ears and has a furry tail strewn across his lap.

7. OCE-1 was able to download most of the threads and images posted or created by HOYT, and screen capture the threads of conversation that followed each post of new sexually explicit material.

8. OCE-1 documented similar child pornography activity by HOYT on TARGET WEBSITE 2 and TARGET WEBSITE 3, both of which were also only accessible via Tor.

9. Based on the information provided by the FLA concerning the IP address associated with HOYT, the FBI identified from publicly available information that AT&T owned the specific IP address on or about June 3, 2022 (which is the date and address provided by the FLA). AT&T produced records showing that, on June 3, 2022, at the exact time indicated by the FLA IP address was assigned to HOYT's residence in Round Rock, Texas, 78665. AT&T also provided the subscriber information associated with that IP address, which was

a name other than HOYT. Open-source information identified other residents of that same property address, including HOYT.

10. In August 2022, a pen register/trap and trace (PRTT) device on that residence revealed that a user of the internet at that location likely accessed the Tor network 39 of 57 days of observation.

11. In April 2023, a PRTT on the Pflugerville address revealed Tor activity on 13 of 39 days of observation.

12. In connection with his repeated distribution of child sexual abuse material, HOYT received "badges" and elevated statuses on the TOR websites he frequented. He valued these badges and statuses, as evidenced in his postings in which he stated, "Rewarded new flair. . .thank you! I am so happy! I am now a "The Ture Boylover" and uhh *checks again* The Learnean Uploader" So does that mean I'm like . . . accepted by the community? Am I Special now 😊. Haha it's just cool. . . after posting on [child pornography website] [child pornography website], and [child pornography website], I haven't ever really been recognized for my efforts so I really appreciate it."

13. On November 9, 2023, the FBI executed a federal search warrant on HOYT's Pflugerville residence, which resulted in the seizure of various electronic devices containing child pornography, including images that HOYT had posted to the Tor websites discussed above. HOYT was interviewed during the execution of the search warrant and made admissions to law enforcement that are contained in a 59-minute audio recording. On the same day, he chose to participate in a polygraph exam during which he made several admissions, including that he used the Tor network to access CSAM, he has an attraction to minors, and engaged in a sexual relationship with a 16-year-old in 2018. Days after the polygraph exam, HOYT emailed the law enforcement officer who interviewed him, and made additional admissions regarding his sexual interest in minors and the use of his alias on Tor, further connecting him to the account that initiated this investigation from the FLA.

14. HOYT utilized computers in his residence at 803 Oxford Drive, Pflugerville, Texas to post images of child sexual abuse material to TOR websites. HOYT also made several posts discussing the use of different technology to avoid law enforcement detection.

15. HOYT possessed thousands of images of child sexual abuse material on his devices.

Respectfully submitted,
Matthew R. Galeotti
ACTING ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION
DEPARTMENT OF JUSTICE

BY:    /s/ Austin M. Berry

AUSTIN M. BERRY
TRIAL ATTORNEY

_____
JAMES CHRISTPOHER HOYT
*Defendant*

__11/6/25_____
Date

_____
DAVID M. THOMAS
*Attorney for Defendant*

__11/6/25_____
Date

_____
JEFF SENTER
*Attorney for Defendant*

__11/6/25_____
Date