**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO.  1:25-CR-257-ADA** |
| | § | |
| **JAMES CHRISTOPHER HOYT,** | § | |
| | § | |
| **Defendant.** | § | |

**PRELIMINARY ORDER OF FORFEITURE**

Came on to be considered the United States of America's Motion for Preliminary Order of Forfeiture, pursuant to the provisions of Title 21 U.S.C. §§ 853(n)(1)-(7), and Fed. R. Crim. P. 32.2(b)(2), 32.2(b)(2)(B), and 32.2(c)(1), and this Court being fully and wholly apprised in all its premises, finds that the United States has established by a preponderance of the evidence a nexus between the property described below and the violation of Title 18 U.S.C. § 2252(a)(2)(A) and (b)(1) by virtue of Defendant JAMES CHRISTOPHER HOYT's Plea Agreement (Doc. 43) and the Factual Basis (Doc. 44), and that the Defendant has an interest in said property. As such, said Motion is meritorious, and hereby is in all things GRANTED.

IT IS THEREFORE ORDERED that all right, title, and interest of the Defendant in certain property, namely:

**Real Property:**

Real Property located and situated at 803 East Oxford Drive, Pflugerville, Travis County, Texas 78660, with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and more fully described as follows:

Lot 10, Block E, CAMBRIDGE ESTATES SECTION ONE, according to the map or plat thereof, recorded in Volume 100, Page 77, Plat Records, Travis County, Texas,

hereinafter referred to as the Subject Real Property, and

**Personal Property:**

1. Lexas USB thumb drive "silver Samsung"
2. Mac Studio, model A2615, SN: J3M9YNVJKV;
3. USB thumb drive – Anatel Brand, SN: 036723114498;
4. ASUS laptop, SN: Man0CV22661643C;
5. Purple & white thumb drive Samsung 5000 Team Group M.2 SSD, SN: 1F210122014;
6. QNAP, SN: Q205104636;
7. QNAP 12 bay NAS, SN: Q228107337X;
8. Samsung phone, IMEI: 35S134283844130;
9. Solid State Drive 4TB 23031673-060031l;
10. PNY USB thumb drive – "parted magic" 16GB;
11. USB thumb drive FMSLA05489;
12. 5000 series Ryzen USB thumb drive;
13. SSK external storage model SHE-C325 Pro;
14. Amazon Kindle, model 581N40;
15. Black iPhone;
16. Black ROC laptop;
17. Blue Dell laptop, SN: JVVY662;
18. IBM hard drive, SN: Z1Y0W9M8;
19. Purple thumb drive extreme pro 2.0 16GB;
20. Dell Inspiron Duo, SN: DV405Q1;
21. Dell Studio laptop, SN: 2KS17H1;
22. Black Crucial X8 4TB portable SSD, SN: 2250E6F03D88;
23. Suprim Geforce RTX computer;
24. Black PNY 16GB USB drive labeled "DAD";
25. Black/red USB drive;
26. Black Vankyo tablet, model Z4 Pro;
27. Google phone – white;
28. 64GB black USB thumb drive;
29. ADRUS SSD 2TB, SN: 20140895027;
30. Amazon Kindle Fire AR043KL;
31. Huion tablet with cable, SN: B4DB2SH01038;
32. Silver Samsung folding phone, IMEI: 352285144298743;
33. Black Seagate Back up Plus, model SRD0AF1, SN: NA959PHF;
34. WD PIN WD2500BB-00WA0 250GB
35. Hitachi desk star 123.5GB, SN: C3C7V1HK;
36. WD 320GB, SN: WMAV28232904;
37. Toshiba 3TB, SN: WMAV28232904;
38. Enterprise 3TB, SN: WL3000GSA647ZE;
39. 2GB micro SD and adaptor Samsung;
40. MacBook Pro, model A1502, SN: C17N465363QJ;
41. CPD minicomputer, model G1621-02;
42. Biwin 1TB SSD, SN: 23110949 02 146;
43. Gray Google Pixel 7 Pro in box;

44. Silver Apple MacBook Pro, model A2780, SN: DF366XMJ4H;
45. Hax mini e-reader with memory card;
46. Small book containing passwords;
47. Google Pixel fold phone, IMEI: 35032446233968;
48. Micro Center 4GB USB drive Gigastore professional 633x 64GB micro SD;
49. MacBook Pro with purple keys, model A1534, FCC ID: BCGA1534;
50. Blue Android cellphone, IMEI: 990018932095700;
51. Black & green USB thumb drive "16";
52. Any and all other property and/or accessories involved in or used in the commission of the criminal offense; and
53. Any and all other property involving any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260.

hereinafter referred to as the Subject Personal Property be, and hereby are FORFEITED to the United States of America; and

IT IS FURTHER ORDERED that upon entry of the Preliminary Order of Forfeiture, the Defendant, his attorneys, agents, spouse, and anyone acting on his behalf, and all persons or entities acting in concert or participation with any of the above, and all persons and entities having actual knowledge of the order:

a) shall not directly or indirectly, transfer, sell, assign, pledge, distribute, hypothecate, encumber, attach or dispose of in any manner; cause to be transferred, sold assigned, pledged, distributed, hypothecated, encumbered, attached or disposed of in any manner, or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the Subject Real Property;

b) shall not use or permit the Subject Real Property to be used for any illegal activity;

c) that the owner of the Subject Real Property is required to maintain the present condition of the property, including timely payment of all mortgages, insurance, utilities, taxes, and assessments, until further order of this Court, and

IT IS FURTHER ORDERED that upon entry of the Preliminary Order of Forfeiture, the United States through its lawfully designated agents and agencies, including the Federal Bureau of Investigation, the United States Marshals Service, and/or their custodians and designees shall seize, take custody, control, and possession of the Subject Personal Property whether held by the Defendant or a third party; and

IT IS FURTHER ORDERED that the United States shall cause publication for at least 30 consecutive days on an official government internet website (www.forfeiture.gov) of the notice of the Preliminary Order of Forfeiture and of its intent to dispose of the Subject Real Property and Subject Personal Property in such manner as the United States directs. The United States must send notice to any person or entity who reasonably appears to be a potential petitioner with standing to contest the forfeiture in the ancillary proceeding; and

IT IS FURTHER ORDERED that the United States shall send Direct Notice of the Preliminary Order of Forfeiture, Appendix A, which is attached to the United States of America's Motion for Preliminary Order of Forfeiture, and incorporated herein, to those known to the United States to have an interest in the Subject Real Property and Subject Personal Property; and

IT IS FURTHER ORDERED that in the event a third-party petition is filed as to the Subject Real Property and Subject Personal Property the United States shall commence discovery proceedings, including depositions, interrogatories, requests for production of documents, and the issuance of subpoenas pursuant to Fed. R. Civ. P. 45, to resolve any third-party issues; and

IT IS FURTHER ORDERED that at the time of the sentencing of the Defendant, the forfeiture of the Subject Real Property and Subject Personal Property shall be included in his Judgment in a Criminal Case.

IT IS SO ORDERED.

SIGNED this 24th day of February, 2026.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

4