**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **1:25-cr-00257** |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| **JAMES CHRISTOPHER HOYT** | § | |
| **Defendant** | § | |

## ORDER GRANTING DEFENDANT'S
## MOTION TO RECONSIDER (OR, IN THE ALTERNATIVE, TO
## VACATE OR AMEND) PRELIMINARY ORDER OF FORFEITURE
## AS TO REAL PROPERTY AND REQUEST FOR RULE 32.2(b)(1)(B)
## FORFEITURE HEARING

Before the Court is Defendant James Christopher Hoyt's "Defendant's Motion to Reconsider (or, in the alternative, to Vacate or Amend) Preliminary Order of Forfeiture as to Real Property and Request for Rule 32.2(b)(1)(B) Forfeiture Hearing" (Doc. 55). Having considered the motion, the record, and applicable law, the Court finds that the motion should be GRANTED.

The Court further finds that the Plea Agreement expressly preserved Defendant's non-consent as to forfeiture of the real property located at 803 East Oxford Drive, Pflugerville, Travis County, Texas 78660, and contemplated litigation of forfeiture of that real property by an opposed motion after entry of the guilty plea.

Accordingly, IT IS ORDERED that the Preliminary Order of Forfeiture (Doc. 50-2) is VACATED to the extent it forfeits the real property located at 803 East Oxford Drive, Pflugerville, Travis County, Texas 78660, more fully described as: Lot 10, Block E, CAMBRIDGE

ESTATES SECTION ONE, according to the map or plat thereof, recorded in Volume 100, Page 77, Plat Records, Travis County, Texas (the "Subject Real Property").

IT IS FURTHER ORDERED that the Preliminary Order of Forfeiture (Doc. 50-2) otherwise remains in full force and effect as to all property other than the Subject Real Property.

IT IS FURTHER ORDERED that this matter is SET for a forfeiture hearing pursuant to Fed. R. Crim. P. 32.2(b)(1)(B) to adjudicate whether the Subject Real Property is forfeitable under 18 U.S.C. § 2253(a)(3) on the Government's asserted "used to commit or promote" theory. The Court will issue a separate notice of hearing.

IT IS FURTHER ORDERED that, pending further order of this Court, the United States and its agents shall not sell, transfer, dispose of, or otherwise encumber the Subject Real Property, and no action shall be taken to perfect "clear title" as to the Subject Real Property through ancillary proceedings, publication, or disposition steps that would moot the relief sought in Doc. 55.

Nothing herein prevents the United States from preserving the status quo as to the Subject Real Property.

SIGNED on ___this 17th day of March___, 2026.

The Honorable Alan D. Albright
United States District Judge