# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **United States of America,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **No. 1:25-cr-00257-ADA-SH** |
| | § | |
| | § | |
| **James Christopher Hoyt,** | § | |
| *Defendant* | § | |

## Notice of Hearing

The District Court has set this matter for a forfeiture hearing pursuant to Federal Rule of Criminal Procedure 32.2(b)(1)(B) to adjudicate whether the Subject Real Property[1] is forfeitable under 18 U.S.C. § 2253(a)(3) on the Government's asserted "used to commit or promote" theory. Dkt. 58 at 2.

This Magistrate Judge **ORDERS** the parties, or counsel of record appearing on their behalf, to appear for the forfeiture hearing **at 2 p.m. Wednesday, April 22, 2026** in Courtroom 6 on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701.[2]

**SIGNED** on April 10, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The real property located at 803 East Oxford Drive, Pflugerville, Travis County, Texas 78660, more fully described as: Lot 10, Block E, CAMBRIDGE ESTATES SECTION ONE, according to the map or plat thereof, recorded in Volume 100, Page 77, Plat Records, Travis County, Texas. Dkt. 58 at 1-2.

[2] The District Court referred to this Magistrate Judge all nondispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges.