## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. 1:25-cr-00257** |
| | § | |
| **JAMES CHRISTOPHER HOYT** | § | |

### UNOPPOSED MOTION TO CONTINUE FORFEITURE HEARING

TO THE HONORABLE ALAN D. ALBRIGHT, UNITED STATES DISTRICT JUDGE:

Defendant James Christopher Hoyt, by and through undersigned counsel, respectfully moves for a continuance of the forfeiture hearing currently set for Wednesday, April 22, 2026, at 9:00 a.m. This motion is unopposed.

Counsel is in the process of onboarding additional attorney Dan Wannamaker to the defense team. A brief continuance is necessary to allow Mr. Wannamaker sufficient time to review the record, become familiar with the forfeiture issues pending before the Court, and to permit defense counsel to prepare adequately for the hearing.

In considering a reset, the parties submit the following availability: May 4 is unavailable; May 12–15 is unavailable; and May 18–22 is unavailable. Accordingly, the parties respectfully request that the Court consider resetting the forfeiture hearing during the last week of May, specifically May 25–29, 2026, if practicable. Defendant is presently set to be sentenced on Wednesday, June 3, 2026, at 10:00 a.m.

If resetting the forfeiture hearing into that time frame is not amenable to the Court, Defendant respectfully notes that while forfeiture hearings are often held before sentencing, Fed. R. Crim. P. 32.2(b)(2)(C) permits the Court to enter a general order of forfeiture and to conduct the forfeiture hearing at a later date. Defendant requests such relief in the alternative as the Court deems appropriate.

WHEREFORE, Defendant prays that the Court GRANT this Unopposed Motion, continue the forfeiture hearing set for April 22, 2026, at 9:00 a.m., and reset the hearing for May 25–29, 2026 if practicable, or, alternatively, enter an appropriate general forfeiture order and hold the forfeiture hearing at a later date pursuant to Fed. R. Crim. P. 32.2(b)(2)(C), and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

/s/ David M. Thomas

David M. Thomas, J.D.
Attorney for James Christopher Hoyt
816 Congress Avenue Suite 950
Austin, Texas, 78701
Telephone: 512-599-9000
Fax: 512-236-5459
Email: David@DWIman.com


/s/ Jeff Senter
Jeff Senter, J.D.
Attorney for James Christopher Hoyt
501 Congress Suite 150
Austin, Texas, 78701
Telephone: 512-482-8112
Fax: 512-482-0076
Email: Jeff@JeffSetnerPC.com


### CERTIFICATE OF CONFERENCE

I certify that on Friday 17 April 2026, I conferred with Assistant United States Attorney Mark Tindall and DOJ Trial Attorney Austin Berry regarding the relief requested herein. The Government has indicated it does not oppose this motion.

/s/ David M. Thomas
/s/ Jeff Senter

### CERTIFICATE OF SERVICE

I certify that on Friday 17 April 2026, I filed the foregoing document with the Clerk of the Court using the CM/ECF system. I understand that the CM/ECF system will send notice of electronic filing to all counsel of record.

/s/ David M. Thomas
/s/ Jeff Senter