# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **United States of America,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **No. 1:25-cr-00257-ADA-SH** |
| | § | |
| **James Christopher Hoyt,** | § | |
| *Defendant* | § | |

## ORDER

Now before the Court is Defendant's Unopposed Motion to Continue Forfeiture Hearing (Dkt. 61).[1] The Court **GRANTS** the motion and hereby **RESETS** the forfeiture hearing previously set for April 22, 2026 (Dkt. 59) until **10 a.m. Friday, May 29, 2026** in Courtroom 6 on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas 78701.

**SIGNED** on April 20, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] The District Court referred to this Magistrate Judge all nondispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges.

1