**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 1:25-CR-00257-ADA** |
| | § | |
| **JAMES CHRISTOPHER HOYT** | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Susan Hightower. Dkt. 68. The report recommends that this Court **DENY** the United States of America's Motion for Preliminary Order of Forfeiture (Dkt. 50) as to Defendant's residence. *Id.* at 5. The report was filed on June 4, 2026.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusory, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

The government filed objections on June 10, 2026 (Dkt. 70), and Defendant filed a Response on June 11, 2026 (Dkt. 71). The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 68), the government's objections (Dkt. 70), Defendant's Response (Dkt. 71), and the applicable facts and laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Hightower (Dkt. 68) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the government's objections (Dkt. 70) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the United States of America's Motion for Preliminary Order of Forfeiture (Dkt. 50) as to Defendant's residence is hereby **DENIED.**

**SIGNED** this 22nd day of June, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE