UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**ORDER**

In light of Judge Alan Albright's resignation as of August 31, 2026 and to effectively and efficiently administer the docket of the Austin Division, IT IS ORDERED that the following criminal cases attached at Appendix A are TRANSFERRED from the docket of Judge Alan Albright to the docket of Judge Robert Pitman with the consent of both judges. Pursuant to the most recent Order Assigning the Business of the Court, the Clerk of Court shall credit these cases to the percentage of business of the receiving Judge.

Signed this 12th day of August, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# APPENDIX A

| Case Number | Defendant's Name |
|---|---|
| 1:25-CR-00182-1 | Paden Huey |
| 1:25-CR-00257-1 | James Christopher Hoyt |
| 1:25-CR-00363-1 | Omar Perez-Aguirre |
| 1:25-CR-00364-1 | James Everett McFarlin |
| 1:25-CR-00366-2 | Kamo Kirakosyan |
| 1:25-CR-00372-1 | Sean Christopher Sladek |
| 1:25-CR-00376-2 | Karina Gonzalez-Ruiz |
| 1:25-CR-00377-1 | Brandon Diego Bermea |
| 1:25-CR-00430-1 | Jose Javier Luna-Gutierrez |
| 1:25-CR-00499-1 | Marcus Detron Yett |
| 1:25-CR-00500-1 | Jose Armando Arellano |
| 1:25-CR-00525-1 | Rene Perez Aviles |
| 1:25-CR-00559-1 | Juan Diego Barajas-Armas |
| 1:25-CR-00566-1 | Blake Jackson Bryant |
| 1:26-CR-00011-1 | Steve Allen Viator |
| 1:26-CR-00040-1 | Eduardo Lalo Loeza-Vasquez |
| 1:26-CR-00045-1 | Baldomero Benitez-Sanchez |
| 1:26-CR-00052-1 | Cirenio Hernandez Guillen |
| 1:26-CR-00069-1 | Adin Acosta-Lopez |
| 1:26-CR-00114-1 | Andres Campos-Martinez |
| 1:26-CR-00119-1 | Denis David Orellana-Cruz |
| 1:26-CR-00121-1 | Guillermo Tinoco-Lopez |
| 1:26-CR-00129-1 | Orlando Carbajal-Perez |
| 1:26-CR-00135-1 | Roberto Lopez-Reyes |
| 1:26-CR-00138-1 | Oscar Enrique Ramos-Tepas |
| 1:26-CR-00142-1 | Kamron Smith Overton |
| 1:26-CR-00146-1 | Ryan Joe Ancira |
| 1:26-CR-00151-1 | Jonathan Paul Rodriguez Jr. |
| 1:26-CR-00182-1 | Jose Alfonso Garcia-Suarez |
| 1:26-CR-00183-1 | Rene Callejas-Maldonado |
| 1:26-CR-00187-1 | Sivagami Chidambaram |
| 1:26-CR-00212-1 | Honorio Victorino-Rebollar |
| 1:26-CR-00220-1 | Hector Perez-Sales |
| 1:26-CR-00233-1 | Jonathan Ruiz-Correa |
| 1:26-CR-00243-1 | Jordan Gomez-Pena |
| 1:26-CR-00246-1 | J Francisco Garza-Castillo |
| 1:26-CR-00249-1 | San Juanita Yuliana Avalos Villegas |
| 1:26-CR-00250-1 | Salvador Gonzalez-Martinez |
| 1:26-CR-00251-1 | Mitchell Slentz |