**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **1:25-cr-00257** |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| **JAMES CHRISTOPHER HOYT** | § | |
| **Defendant** | § | |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

TO THE HONORABLE ROBERT PITMAN, UNITED STATES DISTRICT JUDGE:

Defendant James Christopher Hoyt, through undersigned counsel, respectfully moves the Court to continue the sentencing hearing presently set for September 2, 2026, at 2:00 p.m., and reset sentencing to a mutually available date in October 2026, other than October 2 or October 16, 2026, or another date convenient to the Court. In support, Defendant would respectfully show the following:

I.

1. The Court recently reset Defendant's sentencing hearing for September 2, 2026, at 2:00 p.m.
2. Lead counsel for the United States Government, Austin Berry, is presently engaged in trial in Los Angeles, California, and is expected to remain in trial through approximately August 28, 2026.
3. Co-counsel Mark Tindall is presently unavailable and will remain out of the office until approximately August 24, 2026.
4. As a result, the current September 2 setting would leave the Government only a few business days after counsel becomes available to complete their preparation for a significant federal sentencing proceeding, including final review of the Presentence Investigation Report, sentencing objections and issues, the Government's position, mitigation evidence, and the other matters that must be addressed before sentencing.
5. Defendant therefore respectfully submits that good cause exists to continue the sentencing hearing for a brief period so that the Government may fully prepare for sentencing.
6. This request is made in good faith and not for purposes of unnecessary delay. Defendant respectfully requests that sentencing be reset to a mutually available date in October 2026, other than October 2 or October 16, 2026, or to another date thereafter that is convenient to the Court.
7. Counsel for Defendant has conferred with counsel for the United States regarding the requested continuance. The Government is unopposed to the relief requested.

II.

For these reasons, Defendant James Christopher Hoyt respectfully requests that the Court grant this Unopposed Motion to Continue Sentencing, remove the September 2, 2026, sentencing setting, and reset sentencing to a mutually available date in October 2026, other than October 2 or October 16, 2026, or another date convenient to the Court.

Respectfully submitted,

/s/ David M. Thomas

David M. Thomas, J.D.
Attorney for James Christopher Hoyt
816 Congress Avenue Suite 950
Austin, Texas, 78701
Telephone: 512-599-9000
Fax: 512-236-5459
Email: David@DWIman.com

/s/ Jeff Senter
Jeff Senter, J.D.
Attorney for James Christopher Hoyt
501 Congress Suite 150
Austin, Texas, 78701
Telephone: 512-482-8112
Fax: 512-482-0076
Email: Jeff@JeffSetnerPC.com

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Defendant conferred with counsel for the United States regarding the relief requested in this Motion. The Government is unopposed to the requested continuance.

/s/ David M. Thomas

David M. Thomas, J.D.
Attorney for James Christopher Hoyt
816 Congress Avenue Suite 950
Austin, Texas, 78701
Telephone: 512-599-9000
Fax: 512-236-5459

Email: David@DWIman.com

/s/ Jeff Senter
Jeff Senter, J.D.
Attorney for James Christopher Hoyt
501 Congress Suite 150
Austin, Texas, 78701
Telephone: 512-482-8112
Fax: 512-482-0076
Email: Jeff@JeffSetnerPC.com

**CERTIFICATE OF SERVICE**

I certify that on the date this Motion was filed, it was electronically filed with the Clerk of Court using the CM/ECF system, which will provide notice to all counsel of record.

/s/ David M. Thomas

David M. Thomas, J.D.
Attorney for James Christopher Hoyt
816 Congress Avenue Suite 950
Austin, Texas, 78701
Telephone: 512-599-9000
Fax: 512-236-5459
Email: David@DWIman.com

/s/ Jeff Senter
Jeff Senter, J.D.
Attorney for James Christopher Hoyt
501 Congress Suite 150
Austin, Texas, 78701
Telephone: 512-482-8112
Fax: 512-482-0076
Email: Jeff@JeffSetnerPC.com