UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **1:25-cr-00257** |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| **JAMES CHRISTOPHER HOYT** | § | |
| **Defendant** | § | |

# DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant James Christopher Hoyt, by and through undersigned counsel, respectfully moves to continue the sentencing hearing currently set for Monday 30 October 2026 at 10:00 a.m. In support, Mr. Hoyt shows the Court the following:

## I.

The Defendant seeks a continuance for the reason that the newly retained expert clinical neuropsychologist, William A. Schraegle, Ph.D., needs additional time to examine, evaluate, prepare the relevant Report and produce said same to the government and ultimately prepare to testify at Sentencing.

## II.

The Defendant requests a continuance to Monday 14 December 2026 to which the government has no objection; in fact, counsel for the government, Austin Berry, and movant conducted a telephone conversation today Friday 23 October at which time said same agreement was achieved, following a previous telephone conversation Friday last, 16 October.

## III.

This request is made in the interest of justice and to ensure the Court has the benefit of complete mitigation evidence. It is not made for the purpose of delay. Defendant seeks

only the amount of time reasonably necessary to secure the experts' availability and present their testimony efficiently at sentencing.

**IV.**

A brief continuance will not prejudice the Government and will promote an accurate and fair sentencing determination. Sentencing should proceed but a continuance is appropriate where it ensures the Court can consider relevant material mitigation evidence.

**V.**

Defendant requests that sentencing be reset to Monday 14 December.

Respectfully submitted,

/s/ David M. Thomas

David M. Thomas, J.D.
Attorney for James Christopher Hoyt
505 West 12th Street, #200
Austin, Texas, 78701
Telephone: 512-369-2686
Email: David@OconnellWest.com

/s/ Jeff Senter
Jeff Senter, J.D.
Attorney for James Christopher Hoyt
501 Congress Suite 150
Austin, Texas, 78701
Telephone: 512-482-8112
Fax: 512-482-0076
Email: Jeff@JeffSenterPC.com

## CERTIFICATE OF CONFERENCE

I certify that on Friday, October 23, 2026, I conferred with AUSA Austin Berry regarding this motion. The Government does not oppose the requested relief.

/s/ David M. Thomas

David M. Thomas, J.D.
Attorney for James Christopher Hoyt
505 West 12th Street, #200
Austin, Texas, 78701
Telephone: 512-369-2686
Email: David@OconnellWest.com

/s/ Jeff Senter
Jeff Senter, J.D.
Attorney for James Christopher Hoyt
501 Congress Suite 150
Austin, Texas, 78701
Telephone: 512-482-8112
Fax: 512-482-0076
Email: Jeff@JeffSenterPC.com

## CERTIFICATE OF SERVICE

I certify that on Friday, October 23, 2026, a true and correct copy of the foregoing was filed via CM/ECF and served on all counsel of record.

Emailed to: Berry, Austin (CRM) austin.berry2@usdoj.gov

/s/ David M. Thomas

David M. Thomas, J.D.
Attorney for James Christopher Hoyt
505 West 12th Street, #200
Austin, Texas, 78701
Telephone: 512-369-2686
Email: David@OconnellWest.com

/s/ Jeff Senter
Jeff Senter, J.D.
Attorney for James Christopher Hoyt
501 Congress Suite 150
Austin, Texas, 78701
Telephone: 512-482-8112
Fax: 512-482-0076
Email: Jeff@JeffSenterPC.com